IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LIONEL TIDWELL                                                                               PETITIONER

v.                              NO. 2:06CV00225 JMM-JFF

LINDA SANDERS,
Warden, FCI-Forrest City,
Arkansas                                                                                     RESPONDENT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ORDERED this   13   day of   August  , 2007.

_____
UNITED STATES DISTRICT JUDGE