IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LIONEL TIDWELL                                                                    PETITIONER

v.                              NO. 2:06CV00225 JMM-JFF

LINDA SANDERS,
Warden, FCI-Forrest City,
Arkansas                                                                            RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ADJUDGED this __13__ day of __August__, 2007.

_____
UNITED STATES DISTRICT JUDGE